## RECONSIDERATION DOCKET

**95–2337. State v. Montecalvo.**
Lorain App. No. 95CA006041. Reported at 77 Ohio St.3d 96, 671 N.E.2d 236. On motion for reconsideration. Motion denied.
  Cook, J., not participating.

**95–2444. Cleveland Elec. Illum. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–458–EL–UNC. Reported at 76 Ohio St.3d 521, 668 N.E.2d 889. On motion for reconsideration of Ohio Power Company and on motion for reconsideration of Medical Center Company.
  The motions fail for want of four votes on the following vote:
  Moyer, C.J., Cook and Stratton, JJ., would grant the motions in part.
  Douglas, Resnick and Pfeifer, JJ., would deny the motions.
  F.E. Sweeney, J., not participating.

**96–745. Stover v. Wallace.**
Franklin App. No. 95APE06–743. Reported at 77 Ohio St.3d 1419, 670 N.E.2d 1006. On motion for reconsideration. Motion denied.
  Stratton, J., not participating.

**96–784. State ex rel. A & D Limited Partnership v. Keefe.**
Hamilton App. No. C–960056. Reported at 77 Ohio St.3d 50, 671 N.E.2d 13. On motion for reconsideration. Motion denied.

**96–991. In re Estate of Davis.**
Montgomery App. No. 15658. Reported at 77 Ohio St.3d 45, 671 N.E.2d 9. On motion for reconsideration. Motion denied.

**96–1206. Blatnicky v. Sheller-Globe Corp.**
Cuyahoga App. No. 69026. Reported at 77 Ohio St.3d 1422, 670 N.E.2d 1008. On motion for reconsideration. Motion denied.
  Moyer, C.J., and Stratton, J., dissent.

**96–1235. Costakos v. Frick.**
Franklin App. No. 95APE07–837. Reported at 77 Ohio St.3d 1419, 670 N.E.2d 1006. On motion for reconsideration. Motion denied.
  Stratton, J., not participating.

**96–1287. Barnes v. State.**
Franklin App. No. 95API09–1153. Reported at 77 Ohio St.3d 1420, 670 N.E.2d 1006. On motion for reconsideration. Motion denied.

**96–1302. Council of Smaller Enterprises v. Gates, McDonald & Co.**
Cuyahoga App. Nos. 68510 and 69868. Reported at 77 Ohio St.3d 1423, 670 N.E.2d 1008. On motion for reconsideration. Motion granted and discretionary appeal allowed.
  Pfeifer, Cook and Stratton, JJ., dissent.

**96–1318. Davis v. Brown.**
Franklin App. No. 95APE11–1478. Reported at 77 Ohio St.3d 1420, 670 N.E.2d 1006. On motion for reconsideration. Motion denied.

**96–1383. State v. Blankenship.**
Butler App. No. CA96–04–087. Reported at 77 Ohio St.3d 1445, 671 N.E.2d 1284. On motion for reconsideration. Motion denied.

**96–1434. Ambrosia Coal & Constr. Co. v. C.B.G., Inc.**
Mahoning App. No. 94 C.A. 199. Reported at 77 Ohio St.3d 1448, 671 N.E.2d 1285. On motion for reconsideration. Motion denied.